UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

3:09-md-02100-DRH

MDL No. 2100

**This Document Relates To:**

| | |
|---|---|
| *Karen Cromwell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10571-DRH |
| *Brenda Kuchenberg v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10022-DRH |
| *Megan McCarty v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10717-DRH |
| *Sandra Nave v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11866-DRH |
| *Susan Steffen v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-11419-DRH |
| *Kimberly Wagoner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10908-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 13, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                        JUSTINE FLANAGAN,
                        ACTING CLERK OF COURT

                        BY:  /s/*Caitlin Fischer*
                               **Deputy Clerk**

**Dated:**  June 17, 2014

Digitally signed by David R. Herndon
Date: 2014.06.18 08:12:23 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**

2